IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **DAVID EDGARDO MARTINEZ HERNANDEZ,**     *Petitioner,* | § § § § § | |
| v. | § § | |
| **DAVERY MOONEYHAM, Warden of the Limestone County Detention Center, BRET BRADFORD, Acting Director ICE - Enforcement & Removal Operations, KRISTI NOEM, Secretary, US Department of Homeland Security, and PAM BONDI, Attorney General,**     *Respondents,* | § § § § § § § § § § § | 6:26-CV-00024-ADA-DNM |

## ORDER SETTING HEARING

Petitioner David Edgardo Martinez Hernandez challenges his continued custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. No. 1). The respondents have filed their return, and a hearing is now required. *See* 28 U.S.C. § 2243 ("When the writ or order is returned a day shall be set for hearing, not more than five days after the return . . . .").

On January 20, 2026, the respondents filed their return pursuant to 28 U.S.C. § 2243. Accordingly, the Court **ORDERS** as follows:

Due to inclement weather, the Court finds good cause to extend the time to hold a hearing pursuant to 28 U.S.C. § 2243 and sets a hearing on **January 27, 2026** at 2:30 P.M. (1 hour time block). The hearing shall be held in-person at the U.S. Magistrate Court, Courtroom No. 3, Second Floor, 800 Franklin Avenue, Waco, Texas. The respondents are directed to "produce the body of" the petitioner at the hearing. *Id.*

The parties are further **ORDERED** to meet-and-confer and jointly file a notice of any factual stipulations on or before **January 26, 2026**. In that same filing, the parties shall

indicate whether they will waive a hearing on the issues and consent to the Court resolving the petition on its pleadings.

If the parties desire to consent to the full referral of this action to the magistrate judge, they must submit Form AO 85, "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-jud…, on or before **January 28, 2025**.

**SIGNED** this 21st day of January, 2026.

_____
DAN N. MACLEMORE
UNITED STATES MAGISTRATE JUDGE