# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **DAVID EDGARDO MARTINEZ HERNANDEZ,** § § <br> *Petitioner,* § <br> v. § <br> § <br> **DAVERY MOONEYHAM,** Warden of § <br> the Limestone County Detention Center, § <br> **BRET BRADFORD,** Acting Director § <br> ICE - Enforcement & Removal § <br> Operations, **KRISTI NOEM,** Secretary, § <br> US Department of Homeland Security, § <br> and **PAM BONDI,** Attorney General, § <br> *Respondents.* § | **WA:26-CV-00024-ADA** |

## ORDER CANCELING HABEAS HEARING (IN-PERSON)

      IT IS HEREBY **ORDERED** that the above entitled and numbered case having been set for **HABEAS HEARING (IN-PERSON) on Tuesday, January 27, 2026 at 02:30 PM is CANCELED until further order of the court**. Pursuant to 28 U.S.C. § 2243, the Court may extend the hearing deadline for good cause. The parties are therefore **ORDERED** to confer and select a hearing time and date that accommodates their schedules.

      **IT IS SO ORDERED**.

      **SIGNED** this 23rd day of January, 2026.

                                                    DAN N. MACLEMORE
                                                    UNITED STATES MAGISTRATE JUDGE